**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| KENDALL STATE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cv-2319 JTM/KGG |
| | ) | |
| WEST POINT UNDERWRITERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND MOTION TO COMPEL**

Plaintiff Kendall State Bank asks the Court (a) to overrule defendant West Point Underwriters, LLC ("WPU")'s objections to Kendall State Bank's fourth set of interrogatories, fourth set of requests for production, and third set of requests for admission; (b) to compel WPU to respond fully to those discovery requests; (c) to sanction WPU for violating the Court's order that explicitly allows discovery "related to the alleged arbitration and award," Dkt. No. 105, the subject of each of the discovery requests at issue; (d) to order WPU to pay the attorneys' fees that Kendall State Bank incurred as a result of this discovery dispute; and (e) to grant any other relief that the Court deems just, pursuant to Federal Rule of Civil Procedure 37 and Local Rules 37.1 and 37.2, for the reasons that are stated in the memorandum that accompanies this motion.

Respectfully submitted,

/s/ J. Loyd Gattis
Barry L. Pickens             KS #15822
   bpickens@spencerfane.com
Nathan A. Orr                KS #20183
   norr@spencerfane.com
J. Loyd Gattis               KS #23510
   lgattis@spencerfane.com
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)

*Attorneys for plaintiff Kendall State Bank*

## CERTIFICATE OF SERVICE

On June 6, 2012, this filing was served on the attorneys for every party to this action by the notice of filing generated by the Court's Case Management/Electronic Case Filing system.

      /s/ J. Loyd Gattis
      Attorney for plaintiff Kendall State Bank